IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID ALLEN KLINKE,                         Case No. 6:15-cv-00323-MA

            Petitioner,                                         ORDER

v.

JEFF PREMO, Warden, Oregon State
Penitentiary,

            Respondent.

**MARSH, Judge.**

      Petitioner's motion for voluntary dismissal (#19) is GRANTED. This proceeding is DISMISSED, without prejudice. A certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

      IT IS SO ORDERED.

      DATED this _6_ day of July, 2015.

                                                                 Malcolm F. Marsh
                                                                United States District Judge

1 - ORDER